UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TANYA BROWN, | CASE NO. EDCV 07-1242 AGR |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for calculation of benefits beginning October 22, 2002.

DATED: November 20, 2008

ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE