1 | WILLIAM M. KUNTZ  # 153052
Attorney at Law
2 | 4780 Arlington Avenue
Riverside, CA 92504
3 | (951) 343-3400
Fax (951) 343-4004
4 | E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| TANYA BROWN, ) | No. EDCV 07-01242 AGR |
| Plaintiff, ) | ORDER AWARDING EAJA FEES |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND TWO HUNDRED SIXTY-THREE DOLLARS and no/cents ($3,263.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: February 18, 2009

*/s/ Alicia G. Rosenberg*
UNITED STATES MAGISTRATE JUDGE